**Cherie Sue HARRIS, et al.,
Plaintiffs-Appellants,**

v.

**CITY OF INDEPENDENCE, et al.,
Defendants-Respondents.**

**No. WD 33582.**

Missouri Court of Appeals,
Western District.

May 10, 1983.

F. Allen Speck, R. Scott Smith, Kansas City (Jackson & Sherman, P.C., Kansas City, of counsel), for plaintiffs-appellants.

George E. Kapke, Independence, for defendants-respondents.

Before WASSERSTROM, P.J., and TURNAGE and CLARK, JJ.

PER CURIAM:

ORDER

Suit for wrongful death. Plaintiffs appeal from a judgment entered upon a jury verdict for defendant.

Affirmed. Rule 84.16(b).